In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00113-CR

                                                ______________________________

 

 

                                     GARY DALE POTTER,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                                  On Appeal from the County Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 57477

 

                                                                           
                       

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Gary Dale
Potter, appellant, has filed with the county clerk a notice that he no longer
wishes to pursue his appeal.  The clerk
has forwarded that notice to us. 
Therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.2(a).

            

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          July
19, 2011   

Date Decided:             July
20, 2011

 

Do Not Publish